UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:22-cr-00136-RLW |
| ) | |
| CORNELIUS M. GREEN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant Cornelius Green, through attorney Nicholas Williams, respectfully requests this Honorable Court impose a term of life in the Bureau of Prisons on each of his two counts, to be served concurrently. In support, he states:

One may wonder why a criminal defendant who has pleaded guilty to two counts that carry mandatory life sentences would bother submitting a sentencing memorandum.[1] The reasons are simple. Mr. Green—the only defendant in this case who accepted responsibility for his conduct—sees it as an opportunity to convey his remorse and outline the different ways he will try to seek redemption while living his natural life behind bars. Mr. Green is looking forward, not backward. While he recognizes and feels the temptation to comb his past for explanations and potential mitigating factors, he would rather focus his energy on finding ways to live a meaningful and productive life that will atone for his conduct and the harm that it has caused.

---

[1] As noted in paragraph 67 of the PSR, Mr. Green's guideline range is 292-365 months, but he is subject to a non-discretionary life sentence for each count under 18 U.S.C. § 1958.

While this Court will have no choice but to sentence Mr. Green to life in prison, he will surely be confined with inmates serving non-life terms. As a man who possesses a master's degree in education and was working on his PhD prior to being incarcerated, Cornelius hopes his academic credentials will serve as an asset to other inmates as they prepare for re-entry. At this point in time, helping these men gain a leg up educationally is one of Mr. Green's primary motivators, and his background leaves him perfectly situated to make himself useful in that regard. As the Court is surely aware, far too many of those who go through the criminal legal system lack even rudimentary educational skills. Because he worked as an educator for many years, Cornelius hopes he can complement the academic programming already offered by BOP to help prisoners emerge from confinement both academically competent and personally confident. Cornelius aspires to help inmates study for and obtain their GEDs and even pursue secondary education. Having accepted the reality of a life behind bars, Cornelius sees inmate education as an opportunity to pay back the social debt he has incurred through his criminal conduct.

Cornelius also hopes to find value by maintaining gainful employment for as long as his body will allow him to. This will not only give him the ability to meet any Court-imposed restitution obligations—he also feels that maintaining a trajectory of self-improvement through work will generally help make amends while he lives out his days behind bars. Having taken the initiative to research BOP extensively on his own, Cornelius hopes the Court will recommend placement in a facility with robust UNICOR programming – something that, based on his understanding, could have a net positive effect on society. Understanding that UNICOR's primary aim is to offer vocational training to offenders who will someday be released, he sees this as another opportunity to help mentor and educate prisoners to ensure their re-entry process

is smooth. In addition, Cornelius also believes that much of the work itself – for instance, manufacturing uniforms for the armed forces – will yield social value.

While education and vocation are both important to Cornelius, his faith takes ultimate precedence. While serving his life sentence, Cornelius will continue to cultivate a strong relationship with God and help others do the same. During his predisposition confinement, Cornelius attended church regularly and made sure that his Bible was always within arm's reach. Counsel even remembers Mr. Green bringing that Bible with him to legal meetings. Cornelius sees faith as the ultimate vehicle for redemption, and it was his faith that, ultimately, helped lead him to take responsibility for his crimes. He knows his relationship with God will guide him through what is sure to be a long road in the Bureau of Prisons, and he will continue to cultivate that relationship throughout the entirety of his sentence.

None of us are defined by our worst acts only. As noted in the PSR, Cornelius Green developed a lot of respectful and redemptive qualities in the wake of a disproportionately difficult childhood. And yet, Cornelius does not wish to submit a memorandum that probes his past for explanations or excuses – such an approach, he feels, would undermine the impact his actions have had on the victims and their loved ones. Instead, he wants to view things through a prospective lens. What can he possibly do to atone for his conduct beyond taking responsibility and accepting a life sentence? While he believes that helping inmates with their education, working hard through UNICOR, and maintaining his faith are good first steps, Cornelius vows to ask himself that question every day for the rest of his life. Over the course of time, he hopes to uncover more answers so that he can find meaning as an inmate who is serving a life sentence and atone for the actions that have put him before the Court.

WHEREFORE, Defendant Cornelius Green, through attorney Nicholas Williams, respectfully requests this Honorable Court impose a term of life in the Bureau of Prisons on each of his two counts, to be served concurrently.

Dated: June 19, 2024						Respectfully submitted,

/s/ Nicholas Williams
Nicholas Williams, #62617MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 863-6363
Fax: (314) 727-2869
E-Mail: Nicholas.Williams@KesslerWilliams.com

*Attorney for Defendant Cornelius M. Green*

## CERTIFICATE OF SERVICE

    I hereby certify on the 19th day of June, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

                                                /s/ Nicholas Williams
                                                Nicholas Williams